IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-01609-PSF-MEH

ERNEST M. LEDVINA,

    Plaintiff,

v.

ROCKY MOUNTAIN HEALTHPLANS,

    Defendant.

## ORDER OF DISMISSAL

    This matter comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 24).  The Court having reviewed the motion and being sufficiently advised in the premises, hereby

    ORDERS that this matter is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

    DATED:  March 13, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge